Cris C. Vaughan, Esq., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Plaintiff, Martha Kimes

Allan J. Cory, Esq., SBN 224289
LAW OFFICE OF ALLAN J. CORY
740 4th Street
Santa Rosa, CA 95404
Telephone: 707-527-8810
Facsimile: 707-569-1547

Attorney for Defendants, 3GP, LLC; G & M Productions, LLC and Gianni Messmer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martha Kimes,<br><br>     Plaintiff,<br><br>v.<br><br>3GP, LLC, a California limited liability company; G & M Productions, LLC, a California limited liability company; Gianni Messmer; and Does 1-50, inclusive,<br><br>     Defendants. | Case No.: 3:13-cv-05826-RS<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & [~~PROPOSED~~]ORDER THEREON** |

**STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as to the result of the settlement of the action.

Dated: November 14, 2014          VAUGHAN & ASSOCIATES


                                  By:   /s/ Cris C. Vaughan
                                        Cris C. Vaughan
                                        Attorney for Plaintiff

Stipulation for Dismissal                    -1-                          3:13-cv-05826-RS

| | | |
|---|---|---|
| 1 | Dated: November 25, 2014 | LAW OFFICE OF ALLAN J. CORY |

By:    /s/ Allan J. Cory
       Allan J. Cory,
       Attorney for Defendants

[Proposed] Order

IT IS HEREBY ORDERED that the complaint of plaintiff in this matter is dismissed with prejudice in its entirety.

Dated:   12/1  , 2014

_____
United States District Judge